UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ASSOCIATION FOR DISABLED
AMERICANS, INC., CHERYL PRICE,
JORGE LUIS RODRIGUEZ,

          Plaintiffs,

-vs-                                  Case No. 6:01-cv-490-Orl-28KRS

YORK INN OF MELBOURNE, INC.,
MOHAMMAD H. MALIK,

          Defendants.
_____

## ORDER

This case is before the Court on the following motions: 1) Plaintiff's Motion to Re-Open Proceedings, to Enforce Mediated Settlement Agreement, and for Court Ratification of the Parties' Consent Decree and For Entry of a Final Judgment Thereon (Doc. No. 68) filed November 29, 2007; 2) Plaintiff's Unopposed Motion for Dismissal of Action as to Association for Disabled Americans, Inc. and Cheryl Price Only (Doc. No. 70) filed November 29, 2007; and 3) Joint Motion for Final Judgment on Consent Decree (Doc. No. 69) filed November 29, 2007.  The United States Magistrate Judge has submitted two reports recommending that the motions be denied.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.  Therefore, it is **ORDERED** as follows:

1. That the Report and Recommendation filed July 23, 2008 (Doc. No. 82) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. That the Report and Recommendation filed July 25, 2008 (Doc. No. 83) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

3. Plaintiff's Unopposed Motion for Dismissal of Action as to Association for Disabled Americans, Inc. and Cheryl Price Only (Doc. No. 70) is **DENIED as moot.**

4. Plaintiff's Motion to Re-Open Proceedings, to Enforce Mediated Settlement Agreement, and for Court Ratification of the Parties' Consent Decree and for Entry of a Final Judgment Thereon (Doc. No. 68) is **DENIED.**

5. The Joint Motion for Final Judgment on Consent Decree (Doc. No. 69) is **DENIED**.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this ___15___ day of August, 2008.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party